**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL JOB BRITTON**

     **vs.**                                    **CASE NO.8:00-CR-409-T-24MSS**

**UNITED STATES OF AMERICA**

**ORDER**

This matter is before the Court on the Defendant's Motion for Reconsideration (doc.28). The Defendant has presented the Court with no new evidence that would warrant a reconsideration of this Court's denial of Defendant's motion to compel the Government to file a Rule 35 motion for a reduction of the Defendant's sentence. Therefore the motion for reconsideration is DENIED.

The Defendant claims not to have received the Government's response in opposition even though the Government's certificate of service shows that the Defendant was copied at his Coleman address. <u>However the Clerk is directed to send the defendant a copy of Doc. 26.</u> Even if the Defendant did not receive a copy of the Government's response, that fact would not warrant a reconsideration. The Defendant is not entitled to file a reply to the Government's response in opposition.

Done and ordered in Tampa, Florida this 21st day of June, 2005.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies:  Michael Job Britton, pro se
         Donald L. Hansen, Assistant United States Attorney